Bruce A. Neilson #096952
7108 N. Fresno St. #410
Fresno, California  93720
Telephone (559) 432-9831
Facsimile (559) 432-1837

**Attorney for Defendants**
Kanawal Preet Singh and Surjit Singh,
both individually and dba Stop N Shop
Liquor #1 aka K & A Liquor

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>KANAWAL PREET SINGH, aka ANWALP SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR; SURJIT SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR;<br><br>    DEFENDANTS. | CASE NO. 1:14-cv-01364-AWI-GSA<br><br>SECOND STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR KANAWAL PREET SINGH, aka ANWALP  SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR and SURJIT SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR TO RESPOND TO COMPLAINT; ORDER THEREON |

WHEREAS:

1.   Plaintiff Ronald Moore filed this action on August 29, 2014.

2.   This is the second request for an extension of time for Defendants KANAWAL PREET SINGH, aka ANWALP SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR nnd SURJIT SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR (collectively referred to "Defendants").  A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3.   Plaintiff and Defendants are in settlement negotiations at this time.

4.   Plaintiff has presented to Defendants a proposed settlement agreement for Defendants to review to settle this case.  Additional time is needed by Defendants to determine feasibility.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until December 3, 2014, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the time for Defendants KANAWAL PREET SINGH, aka ANWALP SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR nnd SURJIT SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR to answer or otherwise respond to the Complaint shall be extended up to and including December 3, 2014, pending court approval.

IT IS SO STIPULATED.

MOORE LAW FIRM, PC

Dated: November 17, 2014      /s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Ronald Moore

Dated: November 17, 2014      /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Kanawal Preet Singh and Surjit Singh, both individually and dba Stop N Shop Liquor #1 aka K & A Liquor

### ORDER

Based on the foregoing stipulation, Defendants are granted an extension of time up to and including December 3, 2014, to respond to the complaint.

IT IS SO ORDERED.

Dated:   **November 21, 2014**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Moore v. Kanawal Preet Singh et al.; Case no.14-cv-01364
Stipulation to Extend Time; Order Thereon