Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-01364-AWI-GSA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| KANAWAL PREET SINGH, aka KANWALP SINGH, individually and dba STOP N SHOP LIQUOR #1 aka K & A LIQUOR, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 5, 2014           MOORE LAW FIRM, P.C.

                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorneys for Plaintiff
                                 Ronald Moore

1 **ORDER**

2 　　Good cause appearing,

3 　　IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5 IT IS SO ORDERED.

6 Dated:  December 5, 2014

7 　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE